**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-7398**

———————

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

RICHARD LEE ADAMS,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   James C. Dever III,
District Judge.  (5:08-cr-00004-D-1)

———————

Submitted:  December 13, 2012      Decided:  December 18, 2012

———————

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Richard Lee Adams, Appellant Pro Se.  Jane J. Jackson,
Jennifer P. May-Parker, Assistant United States Attorneys,
Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Lee Adams appeals from his convictions and 240-month sentence entered pursuant to his guilty plea. However, Adams has already unsuccessfully appealed his convictions and sentence. See United States v. Adams, No. 09-5008 (4th Cir. Jan. 3, 2011) (unpublished). Moreover, his appeal is untimely. See Fed. R. App. P. 4(b)(1)(A)(i). Accordingly, we dismiss Adams' appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED